UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JESUS HERNANDEZ <br><br> Defendant(s) | CRIMINAL NO. 12MJ3737 KSC <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

ALBERT JOEL MARTIN-GONGORA

DATED: 10/22/12

**JAN M. ADLER**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by /s/ Deputy Clerk
P. DELA CRUZ